No. 10-10896. Robert Maxwell, Petitioner v. David White, Warden.

565 U.S. 855, 132 S. Ct. 187, 181 L. Ed. 2d 95, 2011 U.S. LEXIS 6567.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 939.